IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
EASTERN (WATERLOO) DIVISION

| UNITED STATES OF AMERICA, | ) | No. 17-CR-2065 |
| --- | --- | --- |
| Plaintiff, | ) | **INDICTMENT** |
| vs. | ) | Counts 1-3 |
| | ) | 18 U.S.C. § 875(c): Transmitting a |
| JOSEPH HILTON DIERKS, also known | ) | Threating Communication in |
| as "Joey Dierks" and "@JosephDierks," | ) | Interstate Commerce |
| Defendant. | ) | |

The Grand Jury charges:

PRESENTED IN OPEN COURT
BY THE
FOREMAN OF THE GRAND JURY
And filed 9/14/2017
ROBERT L. PHELPS, CLERK

## Introduction

1. Twitter, a social-networking company headquartered in San Francisco, California, owns and operates a free-access social-networking website of the same name that can be accessed at http://www.twitter.com. Twitter allows its users to create their own profile pages, which can include a short biography, an image of themselves, and location information. Twitter also permits users to create, send, and receive messages up to 140 characters.

2. Twitter messages are known as "Tweets." Twitter users can restrict their "Tweets" to individuals whom they approve. Each "Tweet" includes a timestamp that displays when the "Tweet" was posted on Twitter. Users can send their "Tweets" to other users by including the recipient's Twitter account.

3. At all relevant times, defendant JOSEPH HILTON DIERKS was a resident of Waterloo, Black Hawk County, Iowa. Defendant maintained a Twitter account, "@JosephDierks".

4. At all relevant times, Joni K. Ernst was a United States Senator. Senator Ernst maintained two Twitter accounts, @SenJoniErnst and @JoniErnst.

## Counts 1-3
## Transmitting a Threating Communication in Interstate Commerce

5. Paragraphs 1 through 4 are incorporated by reference.

6. On or about August 16, 2017, in the Northern District of Iowa, and elsewhere, defendant JOSEPH HILTON DIERKS did knowingly transmit in interstate commerce a communication, for the purpose of issuing a threat to injure another person, and with knowledge that the communication would be viewed by another person as a threat. Specifically, defendant sent from his Twitter account, @JosephDierks, the following threatening Twitter posts to Senator Ernst at her Twitter accounts, @SenJoniErnst and @JoniErnst:

| Count | Threat |
| --- | --- |
| 1 | u r sn army bitch and I'll @USMC u tf up :)(: |
| 2 | I'll f u up seriously in my sleep |
| 3 | I'll beat ur ass in front of ur widow I promise that |

7. This was in violation of Title 18, United States Code, Section 875(c).

A TRUE BILL

s/ Foreperson                 9-14-2017
Grand Jury Foreperson         Date

SEAN R. BERRY
Acting United States Attorney

By: *[signature]*

TIMOTHY L. VAVRICEK
Assistant United States Attorney