# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF IOWA
## EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | No. 17-CR-2065-LRR |
| vs. | **ORDER** |
| JOSEPH HILTON DIERKS, | |
| Defendant. | |

_____

The matter before the court is United States Chief Magistrate Judge C.J. Williams's Report and Recommendation (docket no. 20), which recommends that the court deny Defendant Joseph Hilton Dierks's Motion to Dismiss ("Motion") (docket no. 13).

On October 17, 2017, Defendant filed the Motion, which requests that the court dismiss the Indictment currently pending against him. *See* Motion at 1. On October 24, 2017, the government filed a Resistance (docket no. 17). On October 18, 2017, the Motion was referred to Judge Williams for further proceedings. *See* October 18, 2017 Order (docket no. 16). On October 27, 2017, Judge Williams issued the Report and Recommendation, which recommends that the court deny the Motion. The Report and Recommendation states that "[o]bjections to th[e] Report and Recommendation . . . must be filed within fourteen . . . days of the service of a copy of th[e] Report and Recommendation." Report and Recommendation at 10.

The time to object to the Report and Recommendation has expired and neither party has filed any objections. Thus, the parties have waived their right to a de novo review of the Report and Recommendation. *See e.g.*, *United States v. Newton*, 259 F.3d 964, 966 (8th Cir. 2001) ("Appellant's failure to file any objections waived his right to de novo review by the district court of any portion of the report and recommendation of the magistrate judge as well as his right to appeal from the findings of fact contained therein."

(quoting *Griffini v. Mitchell*, 31 F.3d 690, 692 (8th Cir. 1994))). The court finds no plain error in Judge Williams's decision. Accordingly, the court **ADOPTS** the Report and Recommendation (docket no. 20). The Motion to Dismiss (docket no. 13) is **DENIED**.

    **IT IS SO ORDERED.**

    **DATED** this 15th day of November, 2017.

                                           LINDA R. READE, JUDGE
                                           UNITED STATES DISTRICT COURT
                                           NORTHERN DISTRICT OF IOWA