# UNITED STATES DISTRICT COURT
# for the Northern District of Iowa

USCA8, No. _____

## NOTICE OF APPEAL

United States of America  )
       Plaintiff  )  _____
         )  District Court Docket Number
       vs.  )
         )  _____
_____  )  District Court Judge
         )
       Defendant.  )

Notice is hereby given that _____ appeals to the Eighth Circuit from the: ☐ Judgment & Commitment ☐ Order _____ entered in this action on
                                            (Specify)
_____.

_____      _____
Signature of Defendant's Counsel      Typed Name of Defendant's Counsel

                                                       ( )_____
Street Address       Room Number       Telephone Number

_____      _____
City    State    Zip             Date

## TRANSCRIPT ORDER FORM
### TO BE COMPLETED BY ATTORNEY FOR APPELLANT

☐ Please prepare a transcript of:
   ☐ Pre-trial proceedings
   ☐ Testimony <u>or</u>
   ☐ Portions thereof
   ☐ Sentencing
   ☐ Post Trial Proceedings
   ☐ Other (Specify)

☐ I am not ordering a transcript because:
   ☐ Previously Filed
   ☐ Other (Specify) _____

## CERTIFICATE OF COMPLIANCE

Appellant hereby certifies that copies of this notice of appeal/transcript order form have been filed/served upon U.S. District Court, court reporter, and all counsel of record, and that satisfactory arrangements for payment of cost of transcripts ordered have been made with the court reporter (FRAP 10(b)).

Method of payment: ☐ Funds, ☐ CJA Form 24 completed and sent to court reporter.

Attorney's Signature                                Date

# INFORMATION SHEET
## TO BE COMPLETED BY ATTORNEY FOR APPELLANT

1. Defendant's Address: _____

2. Date of Verdict: _____ ☐ Jury  ☐ Non-Jury

    Offenses: _____
    _____
    _____

    Trial Testimony - Number of Days _____ Bail Status _____

3. Sentence and Date Imposed: _____
    _____

4. Appealing:   Sentence ☐   Conviction ☐   Both ☐

    Challenging:   ☐ Application of Sentencing Guidelines
                   ☐ Constitutionality of Guidelines
                   ☐ Both Application and Constitutionality

5. Date Trial Transcript ordered by Counsel or District Court: _____

    Stenographer in Charge: _____

    (Name, Address, Phone) _____

6. Trial Counsel was:   ☐ Appointed   ☐ Retained

    Does Defendant's financial status warrant appointment of counsel
    on appeal?      ☐ Yes          ☐ No

    Affidavit of Financial Status filed: _____

    Is there any reason why trial counsel should not be appointed as
    counsel on appeal?   ☐ Yes   ☐ No

7. Assistant U.S. Attorney Name & Phone Number: _____
    _____

# COURT REPORTER ACKNOWLEDGMENT

_____          _____               _____
Date Order Received      Estimated Completion Date     Est Number of Pages

_____          _____
Court Reporter's Signature              Date