# U.S. DISTRICT COURT OF APPEALS – EIGHTH CIRCUIT
# NOA SUPPLEMENT
# NORTHERN DISTRICT OF IOWA – CEDAR RAPIDS, IA

**CAPTION:** USA v. Dierks

**CASE NUMBER:** 6:17-cr-2065-LRR

**APPELLANT:** Joseph Dierks

**APELLANT ADDRESS or ATTORNEY ADDRESS:**
Christopher J. Nathan
Federal Public Defender's Office
222 3rd Ave SE, Suite 290
Cedar Rapids IA 52401

**APPELLEE:** United States of America

**APPELLEE ATTORNEY ADDRESS:**
Richard L. Murphy and Timothy L. Vavricek
US Attorney's Office
111 7th Ave SE
Cedar Rapids IA 52401

**COURT REPORTER(S):**
Patrice Murray

Kay Carr

**PROCEEDINGS:**
Detention
Pretrial Conference
Sentencing

Jury Selection
Jury Trial

**LENGTH OF TRIAL:** 2 days

**FEE PAID?** N    **IFP:** FILED    PENDING

**CRIMINAL ATTORNEY:** Christopher J. Nathan

**PENDING MOTIONS:** N

**LOCAL INTEREST?** N

**SIMULTANEOUS RELEASE?** N

**DEFENDANT'S LOCATION:** In custody

**OTHER DEFENDANT'S IN CASE, IF MULTIPLE DEFENDANTS:**
N/A

Contact Person:
Paul Coberly
319-286-2315